UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21191-CIV-MARTINEZ

BRIDGETTE STEPHENS,

    Plaintiff,

vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, (ECF No. 14). It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this __3__ day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record